IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

COLDWELL BANKER REAL ESTATE LLC,

        Plaintiff,                                  ORDER

    v.                                                 09-cv-173-slc

DEREK LARSON, d/b/a COLDWELL BANKER
LARSON REALTY,

        Defendant.

---

It is ORDERED that the above entitled action is DISMISSED without prejudice subject to its reopening upon the completion of bankruptcy proceedings where all issues have not been rendered fully dispositive.

It is further ORDERED that any order to reopen shall place this case at the head of the docket for that immediate judicial attention which may be appropriate.

Entered this 6th day of May, 2009.

                                        BY THE COURT:

                                        /s/
                                        _____
                                        STEPHEN L. CROCKER
                                        Magistrate Judge